# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Scott S. Liera<br>Defendant. | Case Number<br>CR 08- 00924 JW<br><br>ORDER - CJA CONTRIBUTION(s) DUE |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

**IT IS HEREBY ORDERED THAT:**

[✓] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ 50 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[✓] That certain date of 9/15/09 and the SAME DAY each month thereafter;

[ ] The first day of _____ and the FIRST DAY of each month thereafter.

[ ] MAIL TO: Clerk, U. S. District Court
280 South First Street, Room 2112
San Jose, CA. 95113-3095

Please indicate that this is a CJA payment and include the case number shown above.

**FILED**
SEP - 3 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

[ ] That certain date of _____;

[ ] MAIL TO: Clerk, U. S. District Court
280 South First Street, Room 2112
San Jose, CA. 95113-3095

Please indicate that this is a CJA Payment and include the case number shown above.

DATED: _____   Howard R. Lloyd   U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72